# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVEREST BIOSYNTHESIS GROUP, LLC, dba NATURAL PLANT EXTRACTS,<br><br>Plaintiff,<br><br>v.<br><br>BIOSYNTHESIS PHARMA GROUP LIMITED; BIOSYNTHESIS PHARMA LTD; JAYTEE BIOSCIENCES, LTD; TRIGAL PHARMA LTD; IEFENBACHER API GMBH; HANKANG BIO-TECH CO.; BSPG LABORATORIES LTD; SPG AUSTRIA GMBH; and MICHAEL STEPHENSON,<br><br>Defendants. | CASE NO. 17cv1466 JM(BGS)<br><br>ORDER REQUESTING STATUS REPORT |

On January 8, 2018, the court granted Defendants' motion to compel arbitration of the claims asserted by Plaintiff Everest Biosynthesis Group, dba Natural Plant Extract, and stayed the action (the "Order"). The court also requested the parties to file a joint status report on the status of the arbitration proceeding by June 1, 2018. Plaintiff timely complied with the court's Order and filed a status report. (ECF 11). Plaintiff informed the court that counsel has been retained in Hong Kong and that conclusion of the arbitration proceeding is anticipated by December 2018.

/ / /

/ / /

The parties are instructed to file another **joint** status report on the status of the arbitration proceeding by December 1, 2018.

**IT IS SO ORDERED.**

DATED: June 6, 2018

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties